UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

QUENTIN LAGRANDE,

                                    Plaintiff,

                                                            1:07-CV-0757
                                                              (LEK/DRH)

        v.

ALBANY POLICE DEPARTMENT, et al.,

                                    Defendants.
_____

APPEARANCES:

QUENTIN LAGRANDE
Plaintiff, *pro se*

LAWRENCE E. KAHN, U.S. DISTRICT JUDGE

## DECISION and ORDER

        The Clerk has sent to the Court a second amended complaint filed by Quentin

LaGrande ("Plaintiff" or "LaGrande").  Dkt. No. 7.  This amended pleading was filed in

accordance with the Orders of this Court.  See Dkt. Nos. 4 and 6.

        In his amended complaint, Plaintiff alleges that the Albany Police Department

has a custom and policy of harassing young African -American males by taking

repeated actions based upon race, including unfounded traffic stops, surveillance,

detention and questioning, as well as telephone harassment. Dkt. No. 7.  Plaintiff's

complaint sets forth a number of events that he claims is evidence of this custom and

policy.  Id.

        After review of Plaintiff's application to proceed *in forma pauperis*, the Court finds

that the application should be granted.

WHEREFORE, it is hereby

**ORDERED**, that Plaintiff's *in forma pauperis* application is granted.[1]  The Clerk

shall issue a summons and forward it, along with a copy of the complaint and a packet

containing General Order 25, to the United States Marshal for service upon the named

defendant in accordance with Rule 4(j)(2) of the Federal Rules of Civil Procedure, and

it is further

**ORDERED**, that a formal response to Plaintiff's complaint be filed by the

Defendant or their counsel as provided for in the Federal Rules of Civil Procedure

subsequent to service of process on the defendant, and it is further

**ORDERED**, that any paper sent by a party to the Court or the Clerk shall be

accompanied by a certificate setting forth the date a true and correct copy of same was

mailed to all opposing parties or their counsel.  **Any letter or other document received**

**by the Clerk or the Court which does not include a certificate of service which**

**clearly states that an identical copy of same was served upon all opposing**

**parties or their attorneys is to be returned, without processing, by the Clerk.**

Plaintiff shall also comply with any requests by the Clerk's Office for any documents

that are necessary to maintain this action.  All motions shall comply with the Local

Rules of Practice of the Northern District, and it is further

**ORDERED**, that the Clerk serve a copy of this Order and General Order 25 on

---

[1] Plaintiff should note that although the application to proceed *in forma pauperis* has been granted, plaintiff will still be required to pay fees that he may incur in this action, including copying and/or witness fees.

2

plaintiff by regular mail.

**IT IS SO ORDERED.**

DATED:      February 26, 2008
            Albany, New York

Lawrence E. Kahn
U.S. District Judge